UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | 3:11-cv-00487-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BRIAN SANDOVAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's objections to the magistrate judge's order granting defendants a one-week extension of time in which to file a motion for summary judgment (#70) are hereby **DENIED**. The magistrate judge's order (#63) was not clearly erroneous or contrary to the law. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

DATED: This 27th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

1