# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | 3:11-CV-0487-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| THE STATE OF NEVADA, *et al.*, | ) | January 24, 2013 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Several motions are currently pending before this court.  The court will address each motion in turn.

**#77 Plaintiff's motion to stay briefing in response to defendants' motion for summary judgment**

Plaintiff's motion to stay briefing in response to defendants' motion for summary judgment (#77) is **DENIED**.  Defendants reserved their exhibits on plaintiff in a timely manner (#80), and plaintiff has filed an opposition to defendants' motion for summary judgment (#86).

**#79 Plaintiff's motion for enlargement of time**

Plaintiff's motion for enlargement of time (#79) is **GRANTED**.  Plaintiff shall have to and including **February 8, 2013** to file a reply in support of his motion for summary judgment.

**#87 Plaintiff's motion to supplement exhibits for excusable neglect**

Plaintiff's motion to supplement exhibits for excusable neglect (#87) is **GRANTED**.

**#88 Defendants' motion to exceed page-length limitation**

Defendants' motion to exceed page-length limitation in defendants' reply in support of their motion for summary judgment (#88) is **GRANTED**.  Defendants shall have leave to exceed the page limitation not to exceed ten additional pages.

**#89 Defendants' motion for enlargement of time**

Defendants' motion for enlargement of time (#89) is **GRANTED**.  Defendants shall have to and including **Monday, February 4, 2013** to file a reply in support of their motion for summary judgment.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:_____/s/_____
          Deputy Clerk