**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | 3:11-cv-00487-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| STATE OF NEVADA ex rel. BOARD OF PRISON COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    The plaintiff David Johnson has filed a motion to voluntarily dismiss his complaint (#111). Accordingly, the plaintiff's complaint is dismissed with prejudice.

    **IT IS SO ORDERED.**

    DATED: This 7th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE